UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BRIAN EDWARD MAHONEY,               )
                                    )
    Plaintiff,                      )
                                    )   Civil Action No. 13-11443-JCB
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Defendants.                     )
_____)

REPORT AND RECOMMENDATION

August 9, 2013

Boal, M.J.

    Brian Edward Mahoney, an inmate confined to FMC Devens, initiated this action on June 10, 2013.  From a review of the pleadings filed in this case, it is apparent that Mr. Mahoney seeks to challenge a then anticipated petition to commit him civilly pursuant to 18 U.S.C. § 4246.  Since the filing of this action, the government did file such a petition.  See United States v. Mahoney, C.A. No. 13-11530-PBS (D. Mass. Jun. 26, 2013) (the "Section 4246 Petition").  The Federal Defender Office was appointed to represent Mr. Mahoney in that matter.

    On August 7, 2013, Assistant Federal Defender Timothy G. Watkins filed a letter stating that Mr. Mahoney authorized him to communicate to the Court that he understands that the issues raised in the instant matter will be addressed in the Section 4246 Petition.  Consequently, Mr. Mahoney does not intend to pursue the instant matter further and will instead litigate the issues raised by this case in the Section 4246 Petition.  Accordingly, this Court recommends that

a District Judge dismiss this action.[1]

          /s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was assigned to the undersigned pursuant to the Court's Program for Random Assignment of Civil Cases to Magistrate Judges.  The parties have not consented to the jurisdiction of a Magistrate Judge for all purposes.  The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72(b), any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation.  The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72.  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation.  See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).